██ MAUREEN V. C. J. WILLIAMS, Respondent, v HENRY W. WILLIAMS, JR., Appellant. — Order unanimously affirmed, with costs. Memorandum: Defendant husband appeals from so much of an order at Special Term as temporarily determined child support and maintenance, pending divorce proceedings. In affirming, we note that courts have repeatedly held that the remedy for any claimed inequity in awards of temporary alimony, child support or maintenance is a speedy trial where the respective finances of the parties can be ascertained and a permanent award based on the evidence may be made (*Cloutier v Cloutier,* 94 AD2d 974; *Woram v Gilliam,* 78 AD2d 796; *Sterlace v Sterlace,* 63 AD2d 450; *Vesper v Vesper,* 46 AD2d 729). (Appeal from order of Supreme Court, Monroe County, Scudder, J. — modify temporary support order.) Present — Dillon, P. J., Callahan, Green, Moule and Schnepp, JJ.

██ In the Matter of RONALD FRAZIER, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, McGowan, J. — art 78.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and O'Donnell, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD LEE WATSON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *People ex rel. Douglas v Vincent,* 50 NY2d 901). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — habeas corpus.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and O'Donnell, JJ.

██ In the Matter of JEANNE M. STENDARDO et al., Appellants, v WILLIAM M. STEINFELDT et al., Respondents, and ANTHONY SCIOLINO, Intervenor-Respondent. — Order unanimously affirmed, without costs. Memorandum: Special Term properly dismissed the petition for failure to join a necessary party (see *Matter of McGoey v Black,* 100 AD2d 635, 636; cf. *Matter of Wohl v Miller,* 63 NY2d 687). (Appeal from order of Supreme Court, Monroe County, Finnerty, J. — Election Law, § 16-102.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and O'Donnell, JJ. (Decided Oct. 16, 1984.)